IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br><br>    Defendant. | Case No. 19-cv-04005-CRB<br><br>**ORDER DISMISSING CASE** |

On September 6, 2022, the Court ordered Plaintiff Samuel Love to show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See OSC (dkt. 46). Love failed to timely respond to the Order. Accordingly, this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 15, 2022

CHARLES R. BREYER

United States District Judge